AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MICHELLE MARINUS and CYNDI VANCE,
      Plaintiff (s),
V.
ALTRIA SALES & DISTRIBUTION, INC.,
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-4665-SC PJH

Notice is hereby given that, subject to approval by the court, **MICHELLE MARINUS** substitutes
(Party (s) Name)

Kristi D. Rothschild (Rothschild & Associates, APC), State Bar No. 222727 as counsel of record in
(Name of New Attorney)

place of Bruce N. Anticouni and Kristi D. Rothschild (Anticouni & Associates, APC).
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name: ROTHSCHILD & ASSOCIATES, APC
 Address: 27 W. Anapamu Street, Suite 289, Santa Barbara, CA 93101
 Telephone: (805) 845-1190  Facsimile (805) 456-0132
 E-Mail (Optional): law@kdrlawgroup.com

I consent to the above substitution.
Date: 12/21/2011
                     (Signature of Party (s))

I consent to being substituted.
Date: 11/30/2011
                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/3/2012
                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/12/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new appearance.]