AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MICHELLE MARINUS and CYNDI VANCE,
                          Plaintiff (s),

V.

ALTRIA SALES & DISTRIBUTION, INC.,
                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-11-4665-SC PJH

Notice is hereby given that, subject to approval by the court, __CYNDI VANCE__ substitutes
                                                                      (Party (s) Name)

__Kristi D. Rothschild (Rothschild & Associates, APC)__, State Bar No. __222727__ as counsel of record in
       (Name of New Attorney)

place of __Bruce N. Anticouni and Kristi D. Rothschild (Anticouni & Associates, APC)__.
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | ROTHSCHILD & ASSOCIATES, APC |
| Address: | 27 W. Anapamu Street, Suite 289, Santa Barbara, CA 93101 |
| Telephone: | (805) 845-1190    Facsimile (805) 456-0132 |
| E-Mail (Optional): | law@kdrlawgroup.com |

I consent to the above substitution.
Date: 12-18-2011
                                                    (Signature of Party (s))

I consent to being substituted.
Date: 11/30/2011
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/3/2012
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/12/11

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]